■ SHANE VANDERWALL, Appellant, v 1255 PORTLAND AVENUE LLC et al., Respondents. (And a Third-Party Action.) [17 NYS3d 339]—Motions for leave to appeal to the Court of Appeals

denied. Present—Centra, J.P., Peradotto, Carni and DeJoseph, JJ.